IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD BUSH,          : | |
|     Plaintiff,          : | |
|                : | |
| v.          : | Case No. 2:25-cv-03552-JDW |
|                 : | |
| CITY OF PHILADELPHIA, et al.,          : | |
|     Defendants.          : | |

## ORDER

AND NOW, this 24th day of October, 2025, for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows.

1. Plaintiff Gerald Bush's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Motion To Add Defendant (ECF No. 6) is **DENIED**.

4. Mr. Bush's claims against the Philadelphia Police Department are **DISMISSED WITH PREJUDICE** for the reasons set forth in the accompanying Memorandum; and the Clerk Of Court shall **TERMINATE** the Philadelphia Police Department as a Defendant.

5. Mr. Bush's claims against the City of Philadelphia and the Philadelphia District Attorney's Office are **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that Mr. Bush may file an amended complaint on or before November 24, 2025. Any amended complaint must identify all defendants in the

caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Mr. Bush's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting his amended complaint, Mr. Bush should be mindful of my reasons for dismissing the claims in his initial Complaint, as explained in the accompanying Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until I so order.

The Clerk Of Court shall send Mr. Bush a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Mr. Bush may use this form to file his amended complaint if he chooses to do so.

If Mr. Bush does not wish to amend his Complaint and instead intends to stand on his Complaint as originally pled, he may file a notice with the Court on or before November 24, 2025, stating that intent, at which time I will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case.

If Mr. Bush fails to file any response to this Order, I will conclude that Mr. Bush intends to stand on his Complaint and will issue a final order dismissing this case.

3

It is **FURTHER ORDERED** that Mr. Bush's Motion For Consent To Mediation (ECF No. 5) is **DENIED WITHOUT PREJUDICE**. Mr. Bush may renew his request for mediation if his Complaint survives statutory screening and his opponent agrees to mediate the case.

It is **FURTHER ORDERED** that Mr. Bush's Motion For Hearing And Counsel (ECF No. 7) is **DENIED WITHOUT PREJUDICE**. Mr. Bush may renew his request for appointment of counsel if his case survives statutory screening and any potential motion to dismiss.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**
